UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES VAN VOLKENBURG,<br><br>        Petitioner,<br><br>   v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>        Respondents. | CASE NO.  C08-404-TSZ<br><br>ORDER DISMISSING FEDERAL<br>HABEAS PETITIONS |

The Court, having reviewed petitioner's petitions for writ of habeas corpus, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, the objections and supplemental objections at Dkt. nos. 6 and 7, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petitions for writ of habeas corpus (Dkt. Nos. 1 and 3), and this action, are DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 23rd day of June, 2008.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge